**E-FILED: 01.21.10**

**JS - 6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANIS UQUILLAS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA AND PAREXEL INTERNATIONAL CORPORATION LONG TERM DISABILITY PLAN,<br><br>　　　　Defendants. | CASE NO. CV 07-00542 MMM (AJWx)<br><br>JUDGMENT FOR DEFENDANTS |

On January 21, 2010, the court entered its findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, following trial on the administrative record. Pursuant to those findings of fact and conclusions of law,

IT IS ORDERED AND ADJUDGED

1. That plaintiff Janis Uquillas take nothing by way of her complaint against defendants UNUM Life Insurance Company and Parexel Corporation International Long Term Disability Plan; and

2. That the action be, and it hereby is, dismissed.

DATED: January 21, 2010

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE